IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCP DISTRIBUTORS LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-12303 |
| | ) | |
| v. | ) | Honorable Steven C. Seeger |
| | ) | |
| DUTCH BARN, LLC, COURTNEY SCHILD and THERESA SCHILD, | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, SCP Distributors LLC, by undersigned counsel, submits its Motion for Entry of Judgment pursuant to FRCP 55.

1. Plaintiff's complaint arises out of the Defendant's breach of the settlement agreement between the parties. A true and correct copy of the settlement agreement is appended to the Affidavit of Courtney Barrios, attached as Exhibit A.

2. On December 29, 2025, an Order of Default was entered in this matter based on Defendants' failure to respond to the Complaint [DKT 21].

3. Pursuant to the settlement agreement, Defendants agreed to pay Plaintiff $411,039.37 in 36 consecutive monthly payments of $11,417.76 beginning September 2024. The settlement agreed provided that the releases would not be effective until the indebtedness was repaid. Settlement Agreement at ¶ 7.

4. Following execution of the settlement agreement, Defendants made a number of payments under the settlement agreement.

5. Defendants failed to make any settlement payments after July 2025.

1

6. As set out in Courtney's Affidavit the remaining balance due under the settlement agreement is $256,202.65 after allowing Defendants all set-offs and appropriate credits.

7. Pursuant to ¶ 16 of the settlement agreement, Plaintiff is entitled to recover the attorney's fees and costs incurred in this matter. Plaintiff is entitled to recover its fees and costs incurred in the prior litigation pursuant to the underlying agreement between the parties as personally guaranteed by the individual Defendants.

8. Appended as Exhibit B is the Affidavit of Counsel stating that $75,032.35 in fees and $3,851.00 in costs were incurred in this matter.

WHEREFORE, Plaintiff, SCP Distributors LLC, requests that the Court enter judgment against the Defendants in the principal amount of $256,202.65, and attorney's fees and costs in this matter in the amount of $78,127.35 for a total judgment of $334,330.00.

January 22, 2026

SCP DISTRIBUTORS LLC

By: /s/ Marc C. Smith
One of Its Attorneys

Brett Berman, Esq. (6320159)
Marc C. Smith, Esq. (6189574)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
bberman@foxrothschild.com
mcsmith@foxrothschild.com
*Attorneys for Plaintiff*
*SCP Distributors LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served upon the following via Email and First Class Mail:

Dutch Barn, LLC
C/O R/A Courtney L. Schild
22013 School House Road
New Lenox, IL 60451
sean@dutchbarnlandscaping.com
courtney@dutchbarnlandscaping.com

Courtney L. Schild
1211 Georgias Way
New Lenox, IL 60451
courtney@dutchbarnlandscaping.com

Theresa Schild
1211 Georgias Way
New Lenox, IL 60451
theresa@dutchbarnlandscaping.com

| | |
|---|---|
| January 22, 2026 | SCP DISTRIBUTORS LLC |
| | By: */s/ Marc C. Smith* |
| | One of Its Attorneys |
| | |
| | Brett Berman, Esq. (6320159) |
| | Marc C. Smith, Esq. (6189574) |
| | FOX ROTHSCHILD LLP |
| | 321 N. Clark Street, Suite 1600 |
| | Chicago, Illinois 60654 |
| | bberman@foxrothschild.com |
| | mcsmith@foxrothschild.com |
| | *Attorneys for Plaintiff - SCP Distributors LLC* |

180684731